1
2
3
4
5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                             AT SEATTLE

8  VICHAI SALY,                          )
                                         )
9                  Plaintiff,            )
                                         )   Case No. C10-1143-RSL
10            v.                         )
                                         )   **ORDER DISMISSING**
                                         )   **PETITION FOR WRIT OF**
11  STEPHEN SINCLAIR,                    )   **HABEAS CORPUS**
                                         )
12                 Defendant.            )

13       The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. 1)

14  submitted under 28 U.S.C. § 2254, the Report and Recommendation of Brian A. Tsuchida,

15  United States Magistrate Judge, the governing law, and the balance of the record, does hereby

16  find and Order:

17       (1)   The Court adopts the Report and Recommendation.

18       (2)   Petitioner's federal habeas petition and this action are **DISMISSED** with

19  prejudice.

20       (3)   A certificate of appealability is **DENIED** for all claims.

21  ///

22  ///

23  ///

ORDER DISMISSING PETITION FOR WRIT OF HABEAS
CORPUS- 1

1  (4)  The Clerk is directed to send copies of this Order to petitioner and to Judge
2 Tsuchida.
3  DATED this 24th day of January, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PETITION FOR WRIT OF HABEAS
CORPUS- 2